UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH LAGRANGE                                    CIVIL ACTION

VERSUS                                              NO. 15-2152-KDE-SS

SOCIAL SECURITY ADMINISTRATION

### REPORT AND RECOMMENDATION

On June 16, 2015, plaintiff, Kenneth B. LaGrange ("LaGrange"), filed a complaint against the Social Security Administration for review of a decision regarding his claim for Supplemental Security Income benefits. Rec. doc. 1. He is proceeding *in forma pauperis* and without the assistance of counsel. Rec. doc. 3. The summons was issued. Rec. doc. 4. There is no record of service of the summons and complaint. The Federal Rules of Civil Procedure provide:

> If a defendant is not served within 120 days after the complaint is filed, the court– on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m). LaGrange's complaint has been pending for more than 120 days.

On October 15, 2015, the matter was set for the call docket on Wednesday, November 4, 2015. LaGrange was notified that the failure to file proof of service of the summons and complaint or demonstrate good cause for the failure to do so, would result in a report and recommendation that his complaint be dismissed without prejudice. The Clerk's records indicate that the order was served on LaGrange by mail. Rec. doc. 6. LaGrange did not appear for the call docket on November 4, 2015 nor did he contact the Court.

In applying the sanction of dismissal, courts have traditionally considered the extent to which the plaintiff is responsible for the delay or failure to comply with the court's order.

Markwell v. County of Bexar, 878 F.2d 899, 902 (5th Cir. 1989).  LaGrange appears without the assistance of counsel.  The responsibility for the failure to comply with the Court's order rests exclusively with him.  Rule 4(m) requires a dismissal without prejudice.

## RECOMMENDATION

Accordingly, IT IS RECOMMENDED that LaGrange's complaint (Rec. doc. 1) be DISMISSED WITHOUT PREJUDICE.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 4th day of November, 2015.

                                                    **SALLY SHUSHAN**
                                                    **U.S. Magistrate Judge**