UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH LAGRANGE             CIVIL ACTION

VERSUS             NO. 15-2152-KDE-SS

SOCIAL SECURITY ADMINISTRATION

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the complaint of Kenneth B. LaGrange is dismissed without prejudice.

New Orleans, Louisiana, this 29th day of December, 2015.

KURT D. ENGELHARDT
U.S. District Judge